UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN KEITH SCHWAB,

    Plaintiff,

v.

CORIZON HEALTH, et al.,

    Defendants.

_____/

Case No. 1:20-cv-484

HON. JANET T. NEFF

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a pro se civil rights action brought by state prisoner Brian Keith Schwab pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge. On December 29, 2021, the Magistrate Judge issued a Report and Recommendation on Defendants' Motion to Dismiss as a Discovery Sanction Pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) (ECF No. 52). The Court has reviewed the Report and Recommendation. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. *See* 28 U.S.C. § 636(b)(1). Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 70) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss as a Discovery Sanction Pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) (ECF No. 52) is DENIED.

Dated: January 25, 2022

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge