# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

Brian Schwab

        Plaintiff,

v.

Corizon Health, Inc., et al.

        Defendants.

Case No: 1:20-cv-00484
District Judge: Janet T. Neff
Magistrate Judge: Ray Kent

---

| | |
|---|---|
| BRIAN SCHWAB #388934<br>*In Pro Per*<br>Carson City Correctional Facility<br>10274 Boyer Road<br>Carson City, MI 48811<br><br>VARNUM LAW, LLP<br>Randall J. Groendyk (P37196)<br>*Attorney for Michelle Young*<br>P.O. Box 352<br>Grand Rapids, MI 49501<br>(616) 336-6573<br>rjgroendyk@varnumlaw.com | CHAPMAN LAW GROUP<br>Nicholas B. Pillow (P83927)<br>*Attorney for Corizon Health, Inc.,*<br>*Nasim Yacob, M.D., Gregory Flentje, M.D.,*<br>*and Joanne Sherwood, N.P.*<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>npillow@chapmanlawgroup.com |

## **SUBSTITUTED APPEARANCE OF COUNSEL**

Please enter the substituted appearance of Nicholas B. Pillow (P83927) in place and stead of Jeffrey L. Bomber (P85407) as counsel for Defendants Corizon Health, Inc., Nasim Yacob, M.D., Gregory Flentje, M.D., and Joanne Sherwood, N.P. in the above cause. I also request a withdrawal of Attorney Jeffrey Bomber from this case.

                                     Respectfully submitted,
                                     CHAPMAN LAW GROUP

Dated: April 20, 2022               /s/Nicholas Pillow
                                     Nicholas B. Pillow (P83927)
                                     Attorney for Corizon Health, Inc., Nasim Yacob, M.D., Gregory Flentje, M.D., and Joanne Sherwood, N.P.
                                     1441 West Long Lake Rd., Suite 310
                                     Troy, MI 48098
                                     (248) 644-6326
                                     npillow@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on April 20, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

                                     /s/Nicholas Pillow
                                     Nicholas B. Pillow (P83927)
                                     1441 West Long Lake Rd., Suite 310
                                     Troy, MI 48098
                                     (248) 644-6326
                                     npillow@chapmanlawgroup.com